UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL O. CONWILL, IV,<br><br>                Plaintiff,<br><br>VERSUS<br><br>GREENBERG TRAURIG, L.L.P.,<br>JAY I. GORDON, AND JOHN B. OHLE, III,<br><br>                Defendants. | CIVIL ACTION NO. 11-0938<br><br>SECTION "G-1"<br><br>JUDGE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE SHUSHAN |

**GREENBERG TRAURIG, L.L.P.'S MOTION FOR JOINDER IN
JAY I. GORDON'S MOTION *IN LIMINE* TO EXCLUDE FACTS AND
CIRCUMSTANCES RELATED TO PRIOR CRIMINAL CONVICTION**

NOW INTO COURT, through undersigned counsel, comes defendant, Greenberg Traurig, L.L.P., which respectfully requests that it be allowed to join in Jay I. Gordon's Motion *In Limine* to Exclude Facts and Circumstances Related to Prior Criminal Convictions and the memorandum in support of said motion.[1]

                                          Respectfully submitted,

                                          **MONTGOMERY BARNETT, L.L.P.**

            BY:   /s/ Ryan M. McCabe
                    DANIEL LUND, T.A. (Bar No. 12782)
                    E-mail: dlund@monbar.com
                    RYAN M. McCABE (Bar No. 31254)
                    E-mail: rmccabe@monbar.com
                    C. BYRON BERRY, JR. (Bar No. 21476)

---

[1] R. Doc. 265. Gordon has sought leave to amend his motion *in limine*. R. Doc. 268. In the event Gordon's motion for leave to amend is granted, Greenberg respectfully requests leave to join in the amended memorandum in support.

        E-mail: bberry@monbar.com
        3300 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163-3300
        Telephone: (504) 585-3200
        Facsimile: (504) 200-8983

        Attorneys for Defendant,
        Greenberg Traurig, L.L.P.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 26th day of October, 2012, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

        /s/ Ryan M. McCabe
        RYAN M. McCABE