UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DANIEL O. CONWILL, IV,

                Plaintiff,

VERSUS

GREENBERG TRAURIG, L.L.P.,
JAY I. GORDON, AND JOHN B. OHLE, III,

                Defendants.

CIVIL ACTION NO. 11-0938

SECTION "G-1"

JUDGE NANETTE JOLIVETTE BROWN

MAGISTRATE SALLY SHUSHAN

## STIPULATION FOR DISMISSAL OF ACTON WITH PREJUDICE

Pursuant to the settlement agreement reached between the plaintiff, Daniel O. Conwill, IV, and the defendant, Greenberg Traurig, L.L.P., joined in this stipulation by defendant, Jay I. Gordon, (all claims asserted against the co-defendant, John B. Ohle, III, having been dismissed pursuant to this Court's Orders (R. Docs. 222 and 223),

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with prejudice as to all defendants and without costs to any party to the action.

Respectfully submitted, this _21st_ day of November, 2012

                JONES, SWANSON, HUDDELL
                & GARRISON, L.L.C.

BY:    _____
                GLADSTONE N. JONES (Bar No. 22221)
                LYNN E. SWANSON (Bar No. 22650)

1

H.S. BARTLETT, III (Bar No. 26795)
CATHERINE E. LASKY (Bar No. 28652)
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Attorneys for Daniel O. Conwill, IV

MONTGOMERY BARNETT, L.L.P.

BY: _____

DANIEL LUND, T.A. (Bar No. 12782)
E-mail: dlund@monbar.com
RYAN M. McCABE (Bar No. 31254)
E-mail: rmccabe@monbar.com
C. BYRON BERRY, JR. (Bar No. 21476)
E-mail: bberry@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 200-8983
Attorneys for Defendant, Greenberg Traurig, L.L.P.

BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.

BY: _____

STEPHEN H. KUPPERMAN (Bar. No. 7890)
E-mail: skupperman@barrassousdin.com
JAMIE L. BERGER (Bar No. 32340)
E-mail: jberger@barrassousdin.com
909 Poydras Street, Suite 2400
New Orleans, LA 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
Attorneys for Defendant, Jay I. Gordon